**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6532**

---

BRETT C. KIMBERLIN,

Plaintiff - Appellant,

versus

UNITED STATES PAROLE COMMISSION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-00-307)

---

Submitted:  June 12, 2001          Decided:  June 29, 2001

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Brett C. Kimberlin, Appellant Pro Se.  George M. Kelly, III, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brett C. Kimberlin appeals the district court's order dismissing his petition for a writ of mandamus under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2000), for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Kimberlin v. United States Parole Comm'n, No. CA-00-307 (E.D. Va. Mar. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2